SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02777-JFM** |
| Plaintiff, | **ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| Khaled Ahmed Alharby, et al, | |
| Defendants | |

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to October 4, 2012 at 11:00 a.m. in courtroom #26.

**Date:   7/30/2012**

_____
UNITED STATES MAGISTRATE JUDGE

ORDER RE STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-11-cv-02777-JFM - 1