IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. 2:  11-cv-2777 JFM

   vs.

KHALED AHMED ALHARBY, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file dispositional documents in light of the settlement of this case.  Good cause appearing, IT IS HEREBY ORDERED that the request for an extension of time (Dkt. No. 24) is GRANTED and the parties shall file dispositional documents no later than January 10, 2013.

DATED:  January 3, 2013.

UNITED STATES MAGISTRATE JUDGE

14
john2777.eotdisp

1